FILED: June 25, 2018

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 18-1347
(1:17-cv-01967-LO)
_____

VIRGINIA BARTON GRIMM, individually and on behalf of all others similarly situated

      Plaintiff - Appellant

v.

THE BOARD OF TRUSTEES OF THE COMMUNITY COLLEGE OF BALTIMORE COUNTY

      Defendant - Appellee

and

FIRST ADVANTAGE BACKGROUND SERVICES CORP, d/b/a First Advantage

      Defendant

_____

O R D E R
_____

Upon consideration of the stipulated motion to voluntarily dismiss, the court dismisses this appeal, upon such terms as have been agreed to by the parties, pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk